```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 14898
  JAMES BRYANT
  MICHELLE BRYANT                           CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-9747     SSN XXX-XX-4164

---------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/10/08 .

     2.  The case was dismissed without confirmation, 10/17/2008.

     3.  The Debtor paid a total of $   1940.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WINSTON VILLAGE MANAGEME | SECURED | .00 | .00 | 477.33 |
| MARQUETTE CONSUMER FINAN | SECURED VEHIC | .00 | .00 | 1173.38 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST CABLE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| AT & T SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN RADIOLOGIST | UNSECURED | NOT FILED | .00 | .00 |
| MCYDSNB | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE COUNTY | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF HUMAN S | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MIDWEST INFERTILITY CTR | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | NOT FILED | .00 | .00 |

```
RECEIVABLES MANAGEMENT I UNSECURED       NOT FILED                  .00           .00
SAMS CLUB                UNSECURED       NOT FILED                  .00           .00
SECURITY CREDIT SYSTEMS  UNSECURED       NOT FILED                  .00           .00
STATE COLLECTION SRV     UNSECURED       NOT FILED                  .00           .00
STATE COLLECTION SRV     UNSECURED       NOT FILED                  .00           .00
WILL COUNTY STATES ATTOR UNSECURED       NOT FILED                  .00           .00
     Summary of disbursements:
------------------------------------------------------------------------------------
                       SECURED    PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00         .00          .00        .00           .00
PRINCIPAL PAID         1650.71         .00          .00        .00       1650.71
INTEREST PAID              .00         .00          .00        .00           .00
TOTAL PAID             1650.71         .00          .00        .00       1650.71
```

The Debtor's attorney, KONSTANTINE T SPARAGIS         , was allowed $   3500.00
and was paid $   1025.00  direct and $     183.27   through the plan.

The Trustee received $     106.02 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/16/09                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 14898 JAMES BRYANT & MICHELLE BRYANT